IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BROADPHONE LLC, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:23-CV-00001-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendant.* | § § § | |

## **ORDER**

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Broadphone LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants"). (Dkt. No. 55.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of Plaintiff's claims in the above-captioned action WITH prejudice and Samsung's counterclaims for relief against Broadphone WITHOUT PREJUDICE. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE** and all claims, defenses, or counterclaims asserted by Defendants against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 8th day of July, 2025.**

                                                  RODNEY GILSTRAP  
                                                  UNITED STATES DISTRICT JUDGE